**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jay Saner, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bismarck State College, | ) | |
| | ) | Case No. 1:11-cv-010 |
| Defendant. | ) | |

On April 10, 2012, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties stipulation and **ORDERS** that the above-entitled action be dismissed with prejudice and without cost to either party.

Dated this 11th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge